# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS APPLEGATE,

    Plaintiffs,

v.                                                 Case No.: 8:17-CV-02036-CEH-MAP

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

## DECLARATION OF EMILY Y. ROTTMANN

1.     My name is Emily Y. Rottmann. This Declaration is made from my own personal knowledge. I have personal knowledge of all matters contained herein unless specifically stated to the contrary. I am over the age of eighteen (18) and competent to make this Declaration.

2.     I have been retained as counsel to represent Defendant Ocwen Loan Servicing, LLC ("Ocwen") in this action. I am also counsel for the plaintiff in a related foreclosure case, captioned as *Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-13 v. Thomas Applegate, et al.*, 2017-CA-3504, 12th Judicial Circuit, in and for Manatee County Florida ("Foreclosure Lawsuit"). Ocwen is the current servicer for the loan that is the subject of the Foreclosure Lawsuit, which is identified by the loan number with the last four digits -6457.

3.     Between October 2017 and the present date, I have been in communication with Plaintiff's counsel in this action, Jon P. Dubbeld, Esq., via email and telephone in an attempt to negotiate a settlement of this action. Copies of the relevant email correspondence are attached hereto as **Exhibit A**.

4.     On May 3, 2018, the parties reached a settlement in principle. The parties' global settlement would resolve both this action and the Foreclosure Action. One of the settlement terms

specifically negotiated for by Plaintiff Thomas Applegate ("Plaintiff") was a short payoff of his loan with Ocwen to be completed by June 22, 2018. The parties also contemplated and agreed to monetary terms for settlement of the instant federal action.

5. Plaintiff's counsel confirmed by email on May 3, 2018, that the settlement was a "done deal." Based on this representation, I began preparing a Confidential Settlement and Release Agreement ("Agreement") for execution by the parties, including Plaintiff and his counsel.

6. On May 9, 2018, I sent a draft of the Agreement to Plaintiff's counsel via email. Plaintiff's counsel responded with his proposed revisions on May 10, 2018, and I sent Plaintiff's counsel a final form of the Agreement for execution on May 11, 2018.

7. On May 15, 2018, I followed up with Plaintiff's counsel via email regarding the status of his client signing the Agreement. Plaintiff's counsel responded that he was still waiting on his client's signature.

8. On May 29, 2018, Plaintiff's counsel inquired whether the forgiven debt would need to be reported to the Internal Revenue Service ("IRS"). I advised that I could not give tax advice. Plaintiff's counsel advised that his client was discussing the IRS reporting requirement with his accountant, but his client was reluctant to sign the Agreement due to the tax consequences. Prior to this email, neither Plaintiff nor his counsel had expressed any concern regarding the tax consequences of the parties' settlement.

9. On June 11, 2018, I followed up once again with Plaintiff's counsel regarding the Agreement, which still had not been executed. Plaintiff's counsel advised for the first time that, in addition to the tax consequences, his client was no longer agreeable to the settlement reached on May 3, 2018, as he has been unable to secure funds for the payoff with a third party not involved in this action. These concerns were not articulated to me at any time during the negotiations that

took place on or before May 3, 2018, at which point Plaintiff's counsel affirmed the settlement was a "done deal."

10.  Plaintiff has expressed he is no longer interested in a global settlement and refuses to sign the Agreement on the terms previously agreed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2018.

_____
EMILY Y. ROTTMANN

# EXHIBIT A

**Melendez, Nicole I.**

| | |
|---|---|
| **From:** | Jon Dubbeld <jon@berkmyer.com> |
| **Sent:** | Thursday, May 3, 2018 3:21 PM |
| **To:** | Rottmann, Emily Y. |
| **Cc:** | Holladay-Tobias, Sara F. |
| **Subject:** | Re: Applegate v. Ocwen: Loan Modification |

Done deal. Thanks


Sent from my Sprint Samsung Galaxy S8.


-------- Original message --------
From: "Rottmann, Emily Y." <erottmann@mcguirewoods.com>
Date: 5/3/18 12:51 PM (GMT-05:00)
To: Jon Dubbeld <jon@berkmyer.com>
Cc: "Holladay-Tobias, Sara F." <stobias@mcguirewoods.com>
Subject: RE: Applegate v. Ocwen: Loan Modification

Jon:

I heard back from our client, and I can get you through June 22nd to make the short payoff.  Please confirm we have a deal, and I will get the paperwork started so you can see a draft release by early next week.

Thank you,
Emily Rottmann

**Emily Y. Rottmann**
T: +1 904 798 3224

1

## Melendez, Nicole I.

| | |
|---|---|
| **From:** | Rottmann, Emily Y. |
| **Sent:** | Thursday, June 7, 2018 3:00 PM |
| **To:** | Jon Dubbeld |
| **Cc:** | Holladay-Tobias, Sara F. |
| **Subject:** | RE: Applegate v. Ocwen: Loan Modification |

Jon:

Assuming you have heard nothing further from your client, we will be proceeding with a motion to enforce settlement agreement.  I assume I can represent that it is opposed?

Regards,
Emily Rottmann

**Emily Y. Rottmann**
T: +1 904 798 3224

**From:** Jon Dubbeld [mailto:jon@berkmyer.com]
**Sent:** Thursday, May 31, 2018 11:19 AM
**To:** Rottmann, Emily Y. <erottmann@mcguirewoods.com>
**Cc:** Holladay-Tobias, Sara F. <stobias@mcguirewoods.com>
**Subject:** RE: Applegate v. Ocwen: Loan Modification

I appreciate you checking.  Thanks.

Jon P. Dubbeld, Esq.
Junior Partner
**Berkowitz & Myer**
4900 Central Ave
St. Petersburg, FL 33707
727-344-0123 office
727-488-4999 cell
727-344-0185 fax

www.berkmyer.com



This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail. Thank you for your cooperation.

**From:** Rottmann, Emily Y. [mailto:erottmann@mcguirewoods.com]
**Sent:** Thursday, May 31, 2018 11:17 AM
**To:** Jon Dubbeld

**Cc:** Holladay-Tobias, Sara F.
**Subject:** RE: Applegate v. Ocwen: Loan Modification

Jon:

Per our conversation of this morning, I triple checked, and it looks like a 1099 would issue.

Regards,
Emily Rottmann

## Emily Y. Rottmann

T: +1 904 798 3224

**From:** Rottmann, Emily Y.
**Sent:** Wednesday, May 30, 2018 8:23 AM
**To:** 'Jon Dubbeld' <jon@berkmyer.com>
**Cc:** Holladay-Tobias, Sara F. <stobias@mcguirewoods.com>
**Subject:** RE: Applegate v. Ocwen: Loan Modification

Jon:

In addition, please find correspondence attached regarding Mr. Applegate's upcoming interest rate change.

Regards,
Emily Rottmann

## Emily Y. Rottmann

T: +1 904 798 3224

**From:** Rottmann, Emily Y.
**Sent:** Wednesday, May 30, 2018 8:21 AM
**To:** 'Jon Dubbeld' <jon@berkmyer.com>
**Cc:** Holladay-Tobias, Sara F. <stobias@mcguirewoods.com>
**Subject:** RE: Applegate v. Ocwen: Loan Modification

Jon:

Our understanding was that we had an agreement, particularly in light of all of the back and forth. Please provide an update today.

Thank you,
Emily Rottmann

## Emily Y. Rottmann

T: +1 904 798 3224

**From:** Jon Dubbeld [mailto:jon@berkmyer.com]
**Sent:** Tuesday, May 29, 2018 9:26 AM
**To:** Rottmann, Emily Y. <erottmann@mcguirewoods.com>
**Cc:** Holladay-Tobias, Sara F. <stobias@mcguirewoods.com>
**Subject:** RE: Applegate v. Ocwen: Loan Modification

He is discussing it with his accountant.  He is reluctant to sign do to the tax consequences.

Jon P. Dubbeld, Esq.
Junior Partner
**Berkowitz & Myer**
4900 Central Ave
St. Petersburg, FL 33707
727-344-0123 office
727-488-4999 cell
727-344-0185 fax

www.berkmyer.com



This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail. Thank you for your cooperation.

**From:** Rottmann, Emily Y. [mailto:erottmann@mcguirewoods.com]
**Sent:** Tuesday, May 29, 2018 9:25 AM
**To:** Jon Dubbeld
**Cc:** Holladay-Tobias, Sara F.
**Subject:** RE: Applegate v. Ocwen: Loan Modification

Jon:

I cannot give tax advice.  With that said, that is my general understanding.  I believe it is a 1099-Misc.  What is the status of your client signing?

Emily

**Emily Y. Rottmann**
T: +1 904 798 3224

**From:** Jon Dubbeld [mailto:jon@berkmyer.com]
**Sent:** Tuesday, May 29, 2018 9:24 AM
**To:** Rottmann, Emily Y. <erottmann@mcguirewoods.com>
**Cc:** Holladay-Tobias, Sara F. <stobias@mcguirewoods.com>
**Subject:** RE: Applegate v. Ocwen: Loan Modification

Hey Emily,

Quick question- do you know if Ocwen is mandated by the IRS to report the forgiven debt?

Thanks,

Jon P. Dubbeld, Esq.
Junior Partner

3

**Berkowitz & Myer**
4900 Central Ave
St. Petersburg, FL 33707
727-344-0123 office
727-488-4999 cell
727-344-0185 fax

www.berkmyer.com



This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail. Thank you for your cooperation.

---

**From:** Rottmann, Emily Y. [mailto:erottmann@mcguirewoods.com]
**Sent:** Tuesday, May 15, 2018 5:03 PM
**To:** Jon Dubbeld
**Cc:** Holladay-Tobias, Sara F.
**Subject:** RE: Applegate v. Ocwen: Loan Modification

Jon:

Just checking in on the signed agreement.

Thank you,
Emily Rottmann

# Emily Y. Rottmann

T: +1 904 798 3224

---

**From:** Rottmann, Emily Y.
**Sent:** Friday, May 11, 2018 11:02 AM
**To:** 'Jon Dubbeld' <jon@berkmyer.com>
**Cc:** Holladay-Tobias, Sara F. <stobias@mcguirewoods.com>
**Subject:** RE: Applegate v. Ocwen: Loan Modification

Jon:

Attached please find what should be the final form of agreement.

Regards,
Emily Rottmann

# Emily Y. Rottmann

T: +1 904 798 3224