## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THOMAS APPLEGATE,
    Plaintiff,

vs.                                          Case: 8:17-CV-02036-CEH-MAP

OCWEN LOAN SERVICING, LLC,
    Defendant.
_____/

### SUGGESTION OF DEATH

The Attorney John P. Fleck, Jr. does hereby suggest on the record that the Plaintiff THOMAS APPLEGATE is deceased and that THOMAS APPLEGATE died on or about Friday, July 27, 2018.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was filed with the Court using the CM/ECF system which will send notice of electronic filing to all attorneys of record on July 30, 2018.

*/s/ John P. Fleck, Jr.*
John P. Fleck, Jr., Esquire
1111 Ninth Avenue West, Suite C
Bradenton, FL  34205
(941) 749-1832
manateecountylaw@aol.com
Attorney for Thomas Applegate
Florida Bar No. 355747